**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LYNN SAMARTINO, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>ARAMARK FACILITY SERVICES LLC, )<br>ARAMARK SERVICES, INC., and ARAMARK )<br>MANAGEMENT SERVICES LIMITED )<br>PARTNERSHIP, )<br>)<br>   Defendants. ) | Court No. 1:22-cv-1307<br><br>Jury Trial Demanded |

**NOTICE OF REMOVAL**

  Defendants, Aramark Facility Services LLC, Aramark Services, Inc., and Aramark Management Services Limited Partnership, pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court of Cook County, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

**Statement of the Case**

  1. On December 7, 2021, Plaintiff, Lynn Samartino, filed a complaint in the Circuit Court of Cook County, Illinois, Law Division, alleging personal injuries arising out of an incident where she slipped and fell on water at Jonathan Y. Scammon Pubic School in Chicago, Illinois. (See Plaintiff's Complaint attached as Ex. A.)

  2. Aramark Facility Services LLC, Aramark Services, Inc., and Aramark Management Services Limited Partnership were served via their registered agents on February 10, 2022.

**Diversity Jurisdiction Under 28 U.S.C. § 1332(a)**

3. This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

4. Complete diversity exists between the parties because:

   (A) Upon information and belief, Plaintiff, Lynn Samartino, is a natural person and citizen of the State of Illinois;

   (B) Defendant Aramark Facility Services, LLC, is a foreign limited liability company organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

   (i) Aramark Facility Services, LLC is 100% owned by Aramark Services, Inc., a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

   (ii) Aramark Services, Inc. is 100% owned by Aramark Intermediate HoldCo Corporation, a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania; and

   (iii) Aramark Intermediate HoldCo Corporation is 100% owned by Aramark, a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth

of Pennsylvania. There are no parent or public corporations that own 10% or more of Aramark's stock.

(C) Defendant Aramark Services, Inc. is a Delaware corporation with its principal place of business in the Commonwealth of Pennsylvania;

    (i) Aramark Services, Inc. is 100% owned by Aramark Intermediate HoldCo Corporation, a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania; and

    (ii) Aramark Intermediate HoldCo Corporation is 100% owned by Aramark, a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania. There are no parent or public corporations that own 10% or more of Aramark's stock.

(D) Defendant Aramark Management Services Limited Partnership, is a foreign limited partnership organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

    (i) Aramark Management Services Limited Partnership is 1% owned by Aramark SMMS LLC, a limited liability company organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

    (ii) Aramark Management Services Limited Partnership is 99% owned by Aramark Services, Inc., a corporation organized under the laws of the

      State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

  (iii) Aramark Services, Inc. is 100% owned by Aramark Intermediate HoldCo Corporation, a corporation organized under the laws of the State of Delaware with its principal place of business in the Commonwealth of Pennsylvania;

  (iv) Aramark Intermediate HoldCo Corporation is 100% owned by Aramark, a corporation organized under the laws of Delaware with its principal place of business in the Commonwealth of Pennsylvania. There are no parent or public corporations that own 10% or more of Aramark's stock.

5. Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs, based upon the allegations in her complaint which seek damages in excess of $50,000 for severe and permanent injuries of a personal and pecuniary nature including lost wages, past and future medical expenses. *See* Ex. A at pp. 10. Based on conversations with plaintiff's counsel she sustained a wrist injury that required surgery and has a worker's compensation claim.

6. Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

7. The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendant to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, the Defendants Aramark Facility Services LLC, Aramark Services, Inc., and Aramark Management Services Limited Partnership, notify this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States District Court of the Northern District of Illinois.

Respectfully submitted,

By: /s/ Craig M. Derrig
Craig M. Derrig, ARDC #6277369
Natalie Martello, ARDC #6328566
WOOD SMITH HENNING & BERMAN, LLP
222 South Riverside Plaza
Suite 640
Chicago, IL 60606
312-766-4450 (p)
312-766-4451 (f)
cderrig@wshblaw.com
nmartello@wshblaw.com
*Attorneys for Defendants Aramark Facility Services LLC, Aramark Services, Inc., and Aramark Management Services Limited Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Further, the undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorneys of record at their respective business e-mail addresses indicated below on this 11th day of March 2022:

David Rabinowitz
Dworkin & Maciariello
134 N. LaSalle Street, Suite 650
Chicago, IL 60602
Tel.: (312) 857-7777
DRabinowitz@dmchicagolaw.com
***Attorney for Plaintiff Lynn Samartino***

By: */s/ Craig M. Derrig*